AO 91 (Rev. 08/09)  Criminal Complaint

FILED by

MAY 2 3

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  17-8183-DLB |
| KEVIN SCOTT MITCHELL, | ) | |
| aka kev_bear1, | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 1, 2014 - MAY 17, 2017___ in the county of _____Palm Beach_____ in the ___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 2251(a) | Production of Child Pornography |
| 18 USC Sec. 2252A(a)(2)&(b)(1) | Distribution of Child Pornography |
| 18 USC Sec. 2252A(a)(5)&(b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____Lori B. Cerci, Special Agent, HSI_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___5-23-2017___

_____
*Judge's signature*

City and state: _____West Palm Beach, FL_____   ___Hon. Dave Lee Brannon, U.S. Magistrate Judge___
*Printed name and title*

## AFFIDAVIT

Your affiant, Lori B. Cerci, being duly sworn, does hereby depose and state as follows:

1.  I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed for the past 19 years.  Among my responsibilities as a Special Agent are investigating crimes against children, particularly offenses involving child pornography and the exploitation of children, including but not limited to matters related to the sexual exploitation of minors, Internet child pornography, and offenses in violation of Title 18, United States Code, Sections 2251 and 2252A, et. seq.  I have attended and received specialized training in this area of law enforcement, and have both personally investigated, as well as assisted, in investigations involving the exploitation of children.  I have observed and reviewed hundreds of images and videos of child pornography in all forms of media, including computer media, and have discussed and reviewed these materials with other law enforcement officers.  I have also spoken with many individuals who have sexually abused children or unlawfully possessed, distributed, or produced child pornography.  From those conversations, I am aware of common methods individuals use to sexually exploit children.

2.  The facts set forth in this affidavit are based in part on my personal knowledge, information obtained throughout this investigation by others, including other law enforcement officers, and information gained from my training and experience.  I am familiar with the facts and circumstances of this investigation.  I have received training in the area of child exploitation through the HSI.

3.  I am investigating the criminal activities of KEVIN SCOTT MITCHELL ("MITCHELL").  This affidavit is made in support of an application for an arrest warrant for

1

violations of Title 18, United States Code, Section 2251 (production of child pornography), Title 18, United States Code, Section 2252A(a)(2) (distribution of child pornography), and Title 18, United States Code, Section 2252A(a)(5) (possession of child pornography). The statements in this affidavit are based in part on information provided to me by other law enforcement officers and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.

4.      On May 12, 2017, a 17-year-old child (hereinafter "Victim 1") made contact with a school resource officer at Victim 1's Broward County school, to advise that MITCHELL had been sexually abusing Victim 1 for the past three (3) years. It was learned that the sexual abuse occurred at a hotel in Boynton Beach, Florida and the Boynton Beach Police Department (BBPD) was notified.

5.      On May 16, 2017, a BBPD detective spoke with Victim 1 who has known MITCHELL for several years as he was previously in a relationship with Victim 1's older sibling. When Victim 1's father passed away three (3) year ago, MITCHELL advised he would look after Victim 1 and Victim 1's two (2) twelve-year-old siblings (now fifteen). Victim 1 advised that MITCHELL starting doing things with Victim 1. MITCHELL works as a long-haul trucker for a company that has been identified. He usually lives in and out of the truck while traveling. When he was in town, he would take Victim 1 shopping, buy Victim 1 things, including a cellular phone shoes, clothes and a vibrator. He would stay with Victim 1 at a hotel room in Boynton Beach, Florida. Records confirm that MITCHELL stayed at the aforementioned hotel in Boynton Beach, FL more than a dozen times from January 2016 – May 2017.

6.      Victim 1 advised they would sleep in the bed together.  On one occasion, MITCHELL directed Victim 1 to masturbate his penis.  On the next occasion they were at the hotel, MITCHELL directed Victim 1 to perform oral sex on him.  Upon rebuking him, MITCHELL became angry.  Five to six months after the first of many masturbating sessions, MITCHELL ordered Victim 1, who was in a bathing suit, on top of him and to "grind" on him.  Victim 1 complied out of fear of MITCHELL.  Eventually the activities led to intercourse.

7.      Victim 1 advised that as early as 2016, while engaging in un-consensual sex with MITCHELL, he used a "go pro" camera to record photographs and video of their sex.  At all times Victim 1 was under the age of eighteen.  Victim 1 further advised that SD card inside the "go pro" was used to transfer pictures to MITCHELL's android cellular phone and other devices he owns and keeps in his truck.  Victim 1 also advised that MITCHELL has a storage unit near the aforementioned hotel in Boynton Beach.  Victim 1 identified MITCHELL in a photographic lineup.

8.      In approximately January 2017, while engaging in sex, MITCHELL ejaculated on a shirt belonging to Victim 1.  This shirt has been turned over to law enforcement.

9.      In approximately February/March 2017, Victim 1 stopped talking to MITCHELL because of a new relationship that Victim 1 entered.  MITCHELL demanded the return of the items he purchased for Victim 1.  He had taken back the phone he purchased for Victim 1.  On May 12, 2017, Victim 1 received the following email from MITCHELL's kev_bear1@yahoo.com email account:

> "[Victim 1] you need to call me ASAP just you nobody else this is strictly between you and me. I've heard what you have been telling people which seems like you're doing it to make them feel sorry for you and we know what

you have been saying is nothing but lies just to make you look good I don't want any intellectually challenged [race of person] kid or should I say 20 year old adult who is still in high school looking over you shoulder reading this. I thought we got you going in the right direction with your education and everything else . Think about it [Victim 1] this guy is 20 years old and still in high school what the fuck does that tell you, there is absolutely no future with somebody like that you'll end up just like your mother. You got prom and graduation coming up right off, you wouldn't want screen shots and video clips popping up everywhere amongst your friends and you know what I what I 'm talking about so if you want them to go away you better call me things were done on a bogus account so they can't come back to somebody and everything is downloaded ready to go not a word anybody just you and me to talk you got till Friday afternoon before you go to work to get a hold of me, who knows they might even end up at your work there's already been an offer for the whole works but that isn't going to happen right now you and only you need to get a hold of me go somewhere quiet and call me just you, I 'm waiting."

The email indicated it was sent from "Yahoo Mail on Android," referring to the device used to send the email. Because of the nature of the email, and the threat to unleash the videos and images MITCHELL had created of Victim 1 onto the internet, Victim 1 reached out to law enforcement.

10.     A BBPD detective obtained consent to assume Victim 1's identity. The detective responded back to the emails using the persona of Victim 1, to which MITCHELL requested a phone call with Victim 1. Victim 1, while in the presence of law enforcement participated in a series of controlled calls to MITCHELL at his cellular phone number 561-254-5708. VICTIM 1 identified his voice. MITCHELL said he was out of state driving his truck. MITCHELL is known to be a long-haul trucker. His current location is unknown.

4

11.     After the calls, MITCHELL texted from 561-254-5708, three (3) photographs of Victim 1 to the detective who had taken over the persona of Victim 1. In the photographs, Victim 1 is naked from the chest area up, performing oral sex on a male. These text messages were received in Boynton Beach, Florida, in the Southern District of Florida. Victim 1 self-identified in the photographs, identified the location as the hotel room where Victim 1 had sex with MITCHELL, and identified that the male was in fact MITCHELL. Victim 1 identified that MTICHELL produced these images and that they could have only been produced in the Southern District of Florida. MITCHELL confirmed that he has the images and videos as well on an SD card that he can transfer to a tablet digital device. MITCHELL texted a picture of himself as well.

12.     The detective (posing as Victim 1) had previously advised MITCHELL that the new cellular phone Victim 1 was using was not working well (as an excuse why Victim 1's phone when unanswered). On May 22, 2017, as MITCHELL persisted in calling and texting Victim 1 (being portrayed by a BBPD detective), no calls or messages were responded to. MITCHELL advised he was sending, via UPS, Victim 1's phone that he had taken to Victim 1 so they could communicate. The phone was intercepted by law enforcement upon its arrival in the Southern District of Florida.

13.     Based on the above information, I believe that probable cause exists that defendant, KEVIN SCOTT MITCHELL, did commit the offenses of production, distribution and possession of child pornography in Palm Beach County, Florida, a location within the jurisdiction of the United States District Court for the Southern District of Florida, in violation of Title 18, United States Code, Section 2251 (production of child pornography), Title 18, United States Code, Section 2252A(a)(2) (distribution of child pornography), and Title 18,

United States Code, Section 2252A(a)(5) (possession of child pornography) and I pray that an

arrest warrant be issued for KEVIN SCOTT MITCHELL.

Special Agent Lorie B. Cerci
Homeland Security Investigations

Sworn to and subscribed before me this __23rd__ day of May 2017 in West Palm Beach, Florida.

HON. DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. _____17-____-DLB_____

UNITED STATES OF AMERICA

vs.

KEVIN SCOTT MITCHELL
        aka kev_bear1,

        Defendant.

_____/

## SEALED CRIMINAL COVER SHEET

1.      Did this matter originate from a matter pending in the Northern Region of the United
        States Attorney's Office prior to October 14, 2003?        _____Yes        __x__ No

2.      Did this matter originate from a matter pending in the Central Region of the United States
        Attorney's Office prior to September 1, 2007?        _____ Yes    ____x_ No


                        Respectfully Submitted,

                        BENJAMIN G. GREENBERG
                        ACTING UNITED STATES ATTORNEY

        By:     /s/Gregory Schiller_____
                Gregory Schiller
                Assistant United States Attorney
                Florida Bar No. 0648477
                U.S. ATTORNEY'S OFFICE - SDFL
                500 S. Australian Ave., Suite 400
                West Palm Beach, Florida 33487
                (561) 209-6285
                Gregory.Schiller@usdoj.gov